# United States District Court
## Violation Notice

CVB Location Code: **VV12**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6659536 | Linsdell | 338 |

6659536

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/05/2018 | 18 USC 113 (a)(5) |

Place of Offense: Naval Base Kitsap Bremerton Olding Rd

Offense Description: Factual Basis for Charge          HAZMAT ☐

Simple assault (victim ≥ 16)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | Ian | M. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | + $30 | Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 09/07/2018 9:31

---

(For issuance of an arrest warrant or summons)

I state that on 5 Jul, 20 18 while exercising my duties as a law enforcement officer in the Western District of Washington

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/05/2018
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/07/2018 9:31